# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2641
_____

SUSAN C. BONNELL,

Appellant,

v.

LEIGH STEPHENS, et al.,

Appellees.

_____

On appeal from the Circuit Court for Bay County.
Timothy James McFarland, Judge.

December 9, 2025

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and WINOKUR and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jerry Lewis Rumph, Jr. of Brooks & Rumph, Tallahassee, for Appellant.

Max Worrel McCord, III of McCord, PA, Panama City, and Jeffrey Pat Whitton of Jeffrey P. Whitton, Lynn Haven, for Appellee.